UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                    :

DIANE VEGA,
                                                    :

          Plaintiff,                    Civil Action No.:
                                                    :

   - against -                            **SCHINDLER ELEVATOR**
                                                    :      **CORPORATION'S FEDERAL**
SCHINDLER ELEVATOR                        **RULE OF CIVIL PROCEDURE**
CORPORATION,                                :           **7.1 DISCLOSURE**
                                                                  **STATEMENT**

          Defendant.                    :

                                                     :
------------------------------------------------------------x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Upon information and belief, Schindler Elevator Corporation, is not a wholly-owned subsidiary of any entity. Further upon information and belief, no other publicly held corporation owns 10% or more of its stock.

Dated: June 22, 2015

                                                      **LeClairRyan**
                                                      Attorneys for Defendant, Schindler Elevator Corporation

                                                      By: _/s/ Matthew S. Schultz_____
                                                         Matthew S. Schultz
                                                         One Riverfront Plaza
                                                         1037 Raymond Boulevard, Sixteenth Floor
                                                         Newark, New Jersey 07102
                                                         T. 973-491-3600

                                                         885 Third Avenue – 16th Floor
                                                         New York, New York 10022
                                                         T. 212-697-6555